Mark D. Eibert
Attorney at Law
State Bar No. 116570
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone (650) 638-2380
Facsimile (650) 712-8377

Attorney for Petitioner Sean Ramsey

RECEIVED
DEC - 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 07 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAN RAMSEY,

   Petitioner,

   vs.

THERESA SCHWARTZ,

   Respondent.

CR-97-40153-DLJ
DC No. CV 05-02446 DLJ

[PROPOSED] ORDER

Good cause appearing therefore, it is hereby ORDERED as follows:

1. That this Court has determined that it is willing to entertain Mr. Ramsey's request for relief from judgment.

2. That Petitioner's counsel shall promptly inform the Ninth Circuit of this fact.

3. That Petitioner's counsel shall promptly provide to this Court a copy of whatever Order the Ninth Circuit issues on the question of remand to this Court.

IT IS SO ORDERED.

Dated: Dec. 7, 2007

HON D. LOWELL JENSEN
United States District Judge

1
[PROPOSED] ORDER, RAMSEY V. SCHWARZ, c 05-2446 DLJ